FILED
CLERK, U.S. DISTRICT COURT

APR 10 2012

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH SOLDANO AVE TRUST, UDT 12/5/11, EQUUS,<br><br>Plaintiff,<br><br>v.<br><br>CARL MALELE FONOIMOANA SR., TRUSTEE OF THE CANA FAMILY TRUST, *et al.*,<br><br>Defendant. | Case No. CV 12-2630 UA (DUTYx)<br><br>**ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION** |

The Court will remand this unlawful detainer action to state court summarily because Defendant removed it improperly.

On March 27, 2012, Defendant Isabel Diaz, having been sued in what appears to be a routine unlawful detainer action in California state court, lodged a Notice Of Removal of that action to this Court and also presented an application to proceed *in forma pauperis*. The Court has denied the latter application under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

Simply stated, Plaintiff could not have brought this action in federal court in

1  the first place, in that Defendants do not competently allege facts supplying either
2  diversity or federal-question jurisdiction, and therefore removal is improper. 28
3  U.S.C. § 1441(a); *see Exxon Mobil Corp v. Allapattah Svcs., Inc.*, 545 U.S. 546,
4  563, 125 S.Ct. 2611, 162 L.Ed.2d 502 (2005). Even if complete diversity of
5  citizenship exists, the amount in controversy does not exceed the diversity-
6  jurisdiction threshold of $75,000. *See* 28 U.S.C. §§ 1332, 1441(b). On the
7  contrary, the unlawful-detainer complaint recites that the amount in controversy
8  does not exceed $10,000. Moreover, because Defendant resides in the forum state,
9  Defendant cannot properly remove the action, to the extent diversity jurisdiction is
10 asserted. 28 U.S.C. § 1441(b).
11       Nor does Plaintiff's unlawful detainer action raise any federal legal question.
12 *See* 28 U.S.C. §§ 1331, 1441(b).
13       Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the
14 Superior Court of California, Los Angeles County, East District, West Covina
15 Courthouse, 1427 West Covina Parkway, West Covina, CA, 91790, for lack of
16 subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) that the Clerk send a
17 certified copy of this Order to the state court; and (3) that the Clerk serve copies of
18 this Order on the parties.
19       IT IS SO ORDERED.

Dated: 4/1/12

AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE